IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL D. McCAMY and | ) | Bankr. Case No. 13-60142 |
| PAMELA L. McCAMY, | ) | |
| | ) | |
| Debtors. | ) | |
| -------------------------------------------------- | ) | |
| JUDY A. ROBBINS, | ) | |
| UNITED STATES TRUSTEE | ) | |
| FOR REGION FOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL D. McCAMY and | ) | |
| PAMELA L. McCAMY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING CASE WITH CONDITIONS

This cause came to be heard at the continued pre-trial hearing on the United States

Trustee's complaint objecting to discharge and the United States Trustee's motion to dismiss this

case.

Upon agreement of the parties, the United States Trustee's Motion to Dismiss is

GRANTED pursuant to the following terms and conditions:

1.      This case shall be closed without the entry or denial of a discharge and without

findings concerning whether any of the debts of the debtors are dischargeable.

2.      The debtors are barred from filing a bankruptcy case pursuant to any chapter in

any bankruptcy court for a period of two (2) years from the date of the entry of this order.

The Clerk is directed to send electronic notifications of the entry of this Order to all registered users of the CM/ECF system that have appeared in this case and no further service shall be necessary.

Enter 27th day of January, 2014

United States Bankruptcy Court Judge

I ask for this:

*/s/ Margaret K. Garber*
Office of the United States Trustee
margaret.k.garber@usdoj.gov
(540) 857-2806

Seen:

*C. Lamar Garren by Margaret K. Garber with permission*
Counsel for the debtors/defendants